AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched or identify the person by name and address)* <br> U.S. Postal Service Priority Mail Package tracking number "9505513009439114188486" with a return address of "Ryan McIntyre, 1006 W. 6th St., Los Angeles, CA 90017" and a delivery address of "Diane Smith, 3306 W 2nd Ave, Belle, WV 25015" | ) ) ) ) ) ) ) Case No. 2:19-mj-00046 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___West Virginia___
*(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail Package tracking number "9505513009439114188486" with a return address of "Ryan McIntyre, 1006 W. 6th St., Los Angeles, CA 90017" and a delivery address of "Diane Smith, 3306 W 2nd Ave, Belle, WV 25015" currently located at 1002 Lee Street, Charleston, Kanawha County, West Virginia and within the Southern District of West Virginia.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

U.S. Postal Service Priority Mail Package tracking number "9505513009439114188486" with a return address of "Ryan McIntyre, 1006 W. 6th St., Los Angeles, CA 90017" and a delivery address of "Diane Smith, 3306 W 2nd Ave, Belle, WV 25015" currently located at 1002 Lee Street, Charleston, Kanawha County, West Virginia and its contents, including, but not limited to controlled substances and evidence of a violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before ___May 30, 2019___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Dwane L. Tinsley___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___

Date and time issued: ___May 16, 2019 5:03 PM___   ___[signature]___
                                                    *Judge's signature*

City and state: ___Charleston, West Virginia___   ___Dwane L. Tinsley, United States Magistrate Judge___
                                                    *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>2:19-mj-00046 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                       _____
                            *Executing officer's signature*

                       _____
                             *Printed name and title*